

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

ISRAEL CHAPA

Case No. 2:25mj87
Court Date: May 16, 2025

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)- Violation Notice No. E2102488

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 27, 2025, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ISRAEL CHAPA, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and with a blood alcohol level concentration of at least .08 grams per 210 liters of breath but less than .15 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .09 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: *Ashley Young*
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

 I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ Ashley Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax: (757) 441-3205
Ashley.Young@usdoj.gov


13 May 2025
_____
Date